UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
HENRYK WLADYSLAW WIECZORKIEWICZ § Case No. 12-29683
§
MALGORZATA WANDA WIECZORKIEWICZ §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/26/2012 . The undersigned trustee was appointed on 07/26/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $      12,170.10

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2,600.87 |
   | Bank service fees | 309.88 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      Leaving a balance on hand of[1]    $  9,259.35

The remaining funds are available for distribution.

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 01/08/2013 and the deadline for filing governmental claims was 01/08/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,967.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,967.01 , for a total compensation of $ 1,967.01 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 106.03 , for total expenses of $ 106.03 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2015    By: /s/BARRY A. CHATZ
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-29683 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | | | | Date Filed (f) or Converted (c): | 07/26/2012 (f) |
| | MALGORZATA WANDA WIECZORKIEWICZ | | | | 341(a) Meeting Date: | 09/21/2012 |
| For Period Ending: | 09/28/2015 | | | | Claims Bar Date: | 01/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 3BR 1.5BA Single Family Home 943 | 82,600.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 123.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 299.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,670.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 10.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 1,923.10 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 8,906.00 | 6,162.94 | | 6,162.94 | FA |
| 11. Vehicles | 17,750.00 | 6,007.16 | | 6,007.16 | FA |
| 12. Office Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 13. Machinery and Supplies | 1,705.00 | 0.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 90.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $116,076.10 | $12,170.10 | | $12,170.10 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

| RE PROP # | 10 | -- | 2005 Dodge Sprinter |
| RE PROP # | 11 | -- | 2005 BMW X5 |

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-29683 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: | Union Bank |
| | MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: | XXXXXX0557 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9283 | Transfer of Funds | 9999-000 | $9,259.35 | | $9,259.35 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,259.35 | $0.00 |
| Less: Bank Transfers/CD's | $9,259.35 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $9,259.35        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: Congressional Bank |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9371 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/28/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/12 | 11 | DARIUS & MARY WIECZORKIEWICZ 520 West Millers RoadDes Plaines, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $4,056.66 | | $4,056.66 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $4,056.66 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,056.66 | $4,056.66 |
| Less: Bank Transfers/CD's | $0.00 | $4,056.66 |
| Subtotal | $4,056.66 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,056.66 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $4,056.66    $4,056.66

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-29683 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: | The Bank of New York Mellon | |
| | MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: | XXXXXX9283 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/28/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $4,056.66 | | $4,056.66 |
| 02/19/13 | 11 | HENRYK W WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 60018 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $4,394.72 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $2.06 | $4,392.66 |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $2.93 | $4,389.73 |
| 03/13/13 | 11 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 600616 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $4,727.79 |
| 03/13/13 | | Reverses Adjustment OUT on 03/12/13 | ADJUSTMENT OUT ENTERED BANK CHARGE IN INCORRECT CASE | 2600-000 | | ($2.93) | $4,730.72 |
| 03/13/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $7.94 | $4,722.78 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,712.78 |
| 04/10/13 | 11 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 60016 | OTHER RECEIPTS | 1129-000 | $338.06 | | $5,050.84 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,040.84 |
| 05/09/13 | 11 | HENRYK WIECZOKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,378.90 |
| 06/06/13 | 11 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,716.96 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,706.96 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,696.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $5,746.96    $50.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-29683  
Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ  
MALGORZATA WANDA WIECZORKIEWICZ  
Taxpayer ID No: XX-XXX6102  
For Period Ending: 09/28/2015  

Trustee Name: BARRY A. CHATZ  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX9283  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/13 | | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $338.06 | | $6,035.02 |
| | | | Gross Receipts         $338.06 | | | | |
| | 10 | | Vehicles                $77.86 | 1129-000 | | | |
| | 11 | | Vehicles               $260.20 | 1129-000 | | | |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,025.02 |
| 08/12/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,363.08 |
| 09/09/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,701.14 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,691.14 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,681.14 |
| 10/11/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,019.20 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.21 | $7,008.99 |
| 11/18/13 | 10 | HENRYK WIECZORKIEWICZ | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,347.05 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.26 | $7,336.79 |
| 12/10/13 | 10 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICA9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,674.85 |
| 12/20/13 | 300001 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 12/18/13 COURT ORDER | | | $2,589.55 | $5,085.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*            Page Subtotals:                $2,028.36        $2,640.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ | |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ MALGORZATA WANDA WIECZORKIEWICZ | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9283 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE  $0.00 | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE  $0.00 | 3220-000 | | | |
| | | GREGORY K. STERN, P.C. | ($2,539.00) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ($50.55) | 3220-000 | | | |
| 01/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,423.36 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.23 | $5,412.13 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $4.46 | $5,407.67 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,397.67 |
| 02/10/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,735.73 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,725.73 |
| 03/19/14 | 10 | HENRYK WIECZORKIEWICZ 9430 Potter RoadDes Plaines, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,063.79 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,053.79 |
| 04/16/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,391.85 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,381.85 |
| 05/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,719.91 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,709.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Page Subtotals:  $1,690.30  $65.69

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-29683 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: | The Bank of New York Mellon |
| | MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: | XXXXXX9283 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,047.97 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,037.97 |
| 07/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,376.03 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.80 | $7,365.23 |
| 08/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,703.29 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.27 | $7,692.02 |
| 09/10/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,030.08 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.38 | $8,018.70 |
| 10/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 600616 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,356.76 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $12.28 | $8,344.48 |
| 11/11/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,682.54 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $12.30 | $8,670.24 |
| 12/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $9,008.30 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $13.21 | $8,995.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*      Page Subtotals:    $2,366.42    $81.24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-29683
Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ
MALGORZATA WANDA WIECZORKIEWICZ
Taxpayer ID No: XX-XXX6102
For Period Ending: 09/28/2015

Trustee Name: BARRY A. CHATZ
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX9283
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/15 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $9,333.15 |
| 02/04/15 | 300003 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $6.86 | $9,326.29 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.45 | $9,312.84 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.51 | $9,300.33 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.83 | $9,286.50 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,273.14 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.79 | $9,259.35 |
| 08/21/15 | | Transfer to Acct # xxxxxx0557 | Transfer of Funds | 9999-000 | | $9,259.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,170.10 | $12,170.10 |
| Less: Bank Transfers/CD's | $4,056.66 | $9,259.35 |
| Subtotal | $8,113.44 | $2,910.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,113.44 | $2,910.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*   Page Subtotals:   $338.06   $9,333.15

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0557 - Checking | $0.00 | $0.00 | $9,259.35 |
| XXXXXX9283 - Checking Account | $8,113.44 | $2,910.75 | $0.00 |
| XXXXXX9371 - Checking Account | $4,056.66 | $0.00 | $0.00 |
| | $12,170.10 | $2,910.75 | $9,259.35 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,170.10 |
| Total Gross Receipts: | $12,170.10 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-29683-TAB                                                                                              Date: September 28, 2015
Debtor Name: HENRYK WLADYSLAW WIECZORKIEWICZ
Claims Bar Date: 1/8/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $1,967.01 | $1,967.01 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $106.03 | $106.03 |
| 100 3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $2,539.00 | $2,539.00 |
| 100 3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $50.55 | $50.55 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $4.46 | $4.46 |
| 1 300 7100 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $0.00 | $13,998.02 | $13,998.02 |
| 2 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $9,664.52 | $9,664.52 |
| 3 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Unsecured | | $0.00 | $10,236.83 | $10,236.83 |
| 4 300 7100 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $24,271.24 | $24,271.24 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-29683-TAB  
Debtor Name: HENRYK WLADYSLAW WIECZORKIEWICZ  
Claims Bar Date: 1/8/2013  

Date: September 28, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | QUANTUM3 GROUP LLC AS AGENT<br>SECOND ROUND LP<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Unsecured | | $0.00 | $14,079.74 | $14,079.74 |
| 6 300 7100 | ASSET ACCEPTANCE LLC<br>ASSIGNEE GEMB<br>PO BOX 2036<br>WARREN, MI  48090 | Unsecured | | $0.00 | $5,924.61 | $5,924.61 |
| 7 300 7100 | ASSET ACCEPTANCE LLC<br>ASSIGNEE FIRST<br>PO BOX 2036<br>WARREN, MI  48090 | Unsecured | | $0.00 | $6,817.29 | $6,817.29 |
| 8 300 7100 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | | $0.00 | $4,223.49 | $4,223.49 |
| 9 300 7100 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | | $0.00 | $3,448.43 | $3,448.43 |
| 10 300 7100 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | | $0.00 | $164.82 | $164.82 |
| | Case Totals | | | $0.00 | $97,496.04 | $97,496.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-29683
Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ
MALGORZATA WANDA WIECZORKIEWICZ
Trustee Name: BARRY A. CHATZ

Balance on hand $ 9,259.35

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,967.01 | $ 0.00 | $ 1,967.01 |
| Trustee Expenses: BARRY A. CHATZ | $ 106.03 | $ 0.00 | $ 106.03 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 2,539.00 | $ 2,539.00 | $ 0.00 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 50.55 | $ 50.55 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.46 | $ 4.46 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,073.04

Remaining Balance $ 7,186.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,828.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PORTFOLIO INVESTMENTS II LLC | $ 13,998.02 | $ 0.00 | $ 1,083.65 |
| 2 | DISCOVER BANK | $ 9,664.52 | $ 0.00 | $ 748.17 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 10,236.83 | $ 0.00 | $ 792.48 |
| 4 | FIA CARD SERVICES, N.A. | $ 24,271.24 | $ 0.00 | $ 1,878.95 |
| 5 | QUANTUM3 GROUP LLC AS AGENT | $ 14,079.74 | $ 0.00 | $ 1,089.98 |
| 6 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | $ 5,924.61 | $ 0.00 | $ 458.65 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE FIRST | $ 6,817.29 | $ 0.00 | $ 527.76 |
| 8 | PORTFOLIO INVESTMENTS II LLC | $ 4,223.49 | $ 0.00 | $ 326.96 |
| 9 | PORTFOLIO INVESTMENTS II LLC | $ 3,448.43 | $ 0.00 | $ 266.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PORTFOLIO INVESTMENTS II LLC | $ 164.82 | $ 0.00 | $ 12.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,186.31 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE