**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HENRYK WLADYSLAW WIECZORKIEWICZ | § § | Case No. 12-29683 |
| MALGORZATA WANDA WIECZORKIEWICZ | § § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, November 18, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/28/2015           By: /s/ Barry A. Chatz, Trustee
                                                             Trustee

*BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
HENRYK WLADYSLAW § Case No. 12-29683
WIECZORKIEWICZ §
MALGORZATA WANDA §
WIECZORKIEWICZ §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,170.10 |
| and approved disbursements of | $ | 2,910.75 |
| leaving a balance on hand of[1] | $ | 9,259.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,967.01 | $ 0.00 | $ 1,967.01 |
| Trustee Expenses: BARRY A. CHATZ | $ 106.03 | $ 0.00 | $ 106.03 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 2,539.00 | $ 2,539.00 | $ 0.00 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 50.55 | $ 50.55 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.46 | $ 4.46 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,073.04 |
| Remaining Balance | | $ | 7,186.31 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,828.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PORTFOLIO INVESTMENTS II LLC | $ 13,998.02 | $ 0.00 | $ 1,083.65 |
| 2 | DISCOVER BANK | $ 9,664.52 | $ 0.00 | $ 748.17 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 10,236.83 | $ 0.00 | $ 792.48 |
| 4 | FIA CARD SERVICES, N.A. | $ 24,271.24 | $ 0.00 | $ 1,878.95 |
| 5 | QUANTUM3 GROUP LLC AS AGENT | $ 14,079.74 | $ 0.00 | $ 1,089.98 |
| 6 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | $ 5,924.61 | $ 0.00 | $ 458.65 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE FIRST | $ 6,817.29 | $ 0.00 | $ 527.76 |
| 8 | PORTFOLIO INVESTMENTS II LLC | $ 4,223.49 | $ 0.00 | $ 326.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | PORTFOLIO INVESTMENTS II LLC | $ 3,448.43 | $ 0.00 | $ 266.96 |
| 10 | PORTFOLIO INVESTMENTS II LLC | $ 164.82 | $ 0.00 | $ 12.75 |

Total to be paid to timely general unsecured creditors     $     7,186.31

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                 Case No. 12-29683-TAB
Henryk Wladyslaw Wieczorkiewicz                                        Chapter 7
Malgorzata Wanda Wieczorkiewicz
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 2                  Date Rcvd: Oct 15, 2015
                               Form ID: pdf006              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2015.
db/jdb         +Henryk Wladyslaw Wieczorkiewicz,   Malgorzata Wanda Wieczorkiewicz,    9430 Potter Rd,
                 Des Plaines, IL 60016-3806
19673566       +Asset Acceptance LLC assignee GEMB / WALMART,    PO Box 2036,   Warren, MI 48090-2036
19239091       +Asset Recovery Solutions, LLC,   2950 S Gessner Rd,   Ste 265,   Houston, TX 77063-3751
19239093       +Blatt, Hasenmiller, Liebsker, Moore,    125 S Wacker Dr,   Suite 400,   Chicago, IL 60606-4440
19239094       +Capital One,   Po Box 71083,   Charlotte, NC 28272-1083
19239095        Cecylia Wieczorkiewicz,   Kolejowa 159/8,   34-400 Nowy Targ Poland
19239097       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19239096       +Chase,   Po Box 9001871,   Louisville, KY 40290-1871
19239098       +Chase Card Services/Sony,   Po Box 15298,   Wilmington, DE 19850-5298
19239099        Citi/Citgo,   Po Box 6801,   Sioux Falls, SD 57117
19239100       +Citi/Shell,   Po Box 6406,   Sioux Falls, SD 57117-6406
19239101       +CitiBank,   Po Box 6500,   Sioux Falls, SD 57117-6500
19239103        Dariusz Wieczorkienicz,   520 N Millers Rd,   Des Plaines, IL 60016
19644185        FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19239105      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   Po Box 630778,   Cincinnati, OH 45263)
19239106       +First National Bank Omaha,   Po Box 2490,   Omaha, NE 68103-2490
19239107       +First National Bank Omaha,   Po Box 2557,   Omaha, NE 68103-2557
19239113       +HSBC,   Po Box 5243,   Carol Stream, IL 60197-5243
19239114       +HSBC/Best Buy,   Pob 5226,   Carol Stream, IL 60197-5226
19239115       +HSBC/Best Buy,   Po Box 5253,   Carol Stream, IL 60197-5253
19239112       +Home Depot/CBSD,   Ccs Gray Ops Center,   Po Box 6497,   Sioux Falls, SD 57117-6497
19239117        Krzysztof Wieczorkiewicz,   Stojalowskiego 35/35,   30-611 Krakow Poland
19239122      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
               (address filed with court: NCO Financial,   Po Box 13570,   Philadelphia, PA 19101)
19239118       +Michael D Fine, Esq,   131 S Dearborn,   Chicago, IL 60603-5571
19239121       +NCO Fiancial Systems, Inc,   605 W Edison Rd,   Suite K,   Mishawaka, IN 46545-8823
19239120        National Credit Adjust,   327 N 4th Ave,   Hutchinson, KS 67501
19239124       +PNC Bank,   Po Box 856177,   Louisville, KY 40285-6177
19239123       +Pilot Receivables Management, LLC,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
19239125        Sears Credit Card Services,   Po Box 6202,   Sioux Falls, SD 57117
19239126       +Second Round, LP,   Po Box 41955,   Austin, TX 78704-0033
19239129      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   Po Box 6352,   Fargo, ND 58125)
19239127       +Unifund CCR Partners,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
19239128       +Unifund CCR Partners,   Po Box 505,   Linden, MI 48451-0505
19239130       +Verizon Wireless,   5175 Emerald Pkwy,   Dublin, OH 43017-1063
19239131       +WFNNB/Mara,   Po Box 659584,   San Antonio, TX 78265-9584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19239089       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2015 01:20:13     AAC,   Po Box 1630,
                 Warren, MI 48090-1630
19623128        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2015 01:33:10
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
19239090       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2015 01:20:13     Asset Acceptance Corp,
                 Po Box 2036,   Warren, MI 48090-2036
19673570       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2015 01:20:13
                 Asset Acceptance LLC assignee FIRST BANKCARD / FN,   PO Box 2036,   Warren, MI 48090-2036
19239104        E-mail/PDF: mrdiscen@discover.com Oct 16 2015 09:39:29     Discover Card,   Po Box 15316,
                 Wilmington, DE 19850
19591943        E-mail/PDF: mrdiscen@discover.com Oct 16 2015 09:39:29     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19726456        E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 09:28:13     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19239108        E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 01:33:12     GECRB/Lowes,   Po Box 103065,
                 Roswell, GA 30076
19239109       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 01:33:12     GECRBSAMD,   Po Box 981084,
                 El Paso, TX 79998-1084
19239110       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 10:48:13     GECRBSAMS,   Po Box 981084,
                 El Paso, TX 79998-1084
19239111       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 09:22:58     GEMB/Walmart,   Po Box 960061,
                 Orlando, FL 32896-0061
19239116       +E-mail/Text: bankruptcy@icsystem.com Oct 16 2015 01:21:54     IC System, Inc,
                 444 Highway 96 East,   Po Box 64437,   Saint Paul, MN 55164-0437
19932143        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 01:17:39     Midland Funding LLC,
                 By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
19239119       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2015 01:20:24     Midland Funding, LLC,
                 8875 Aero Dr,   San Diego, CA 92123-2255
19569950        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 01:17:42     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2             Date Rcvd: Oct 15, 2015
                              Form ID: pdf006            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19648522          E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2015 01:20:04
                   Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
19932144          E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 01:16:51
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19239092       ##+Baker & Miller,   29 N Wacker Dr,   Chicago, IL 60606-3227
19239102       ##+Creditor Interchange,   80 Holtz Dr,   Buffalo, NY 14225-1470
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2015 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G. Fonfrias    on behalf of Joint Debtor Malgorzata Wanda Wieczorkiewicz
               flgbkcourtmail@gmail.com,   rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,
               jennifer@mycasesupport.com,bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
              Richard G. Fonfrias    on behalf of Debtor Henryk Wladyslaw Wieczorkiewicz
               flgbkcourtmail@gmail.com,   rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,
               jennifer@mycasesupport.com,bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
                                                                                               TOTAL: 7
```