UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HENRYK WLADYSLAW § Case No. 12-29683
WIECZORKIEWICZ §
MALGORZATA WANDA §
WIECZORKIEWICZ §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 67,650.00                    Assets Exempt: 27,565.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  7,186.31     Claims Discharged
                                                Without Payment:  314,858.68

Total Expenses of Administration: 4,983.79

3) Total gross receipts of $ 12,170.10  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,170.10  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 75,721.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,983.79 | 4,983.79 | 4,983.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 153,495.00 | 92,828.99 | 92,828.99 | 7,186.31 |
| **TOTAL DISBURSEMENTS** | $ 229,216.00 | $ 97,812.78 | $ 97,812.78 | $ 12,170.10 |

 4) This case was originally filed under chapter 7 on 07/26/2012 . The case was pending for 44 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 03/03/2016        By: /s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 6,162.94 |
| Vehicles | 1129-000 | 6,007.16 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,170.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 9001871 Louisville, KY 40290 | | 67,035.00 | NA | NA | 0.00 |
| | Fifth Third Bank Po Box 630778 Cincinnati, OH 45263 | | 8,686.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 75,721.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,967.01 | 1,967.01 | 1,967.01 |
| BARRY A. CHATZ | 2200-000 | NA | 106.03 | 106.03 | 106.03 |
| Arthur B. Levine Company | 2300-000 | NA | 6.86 | 6.86 | 6.86 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.46 | 4.46 | 4.46 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 235.00 | 235.00 | 235.00 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 7.94 | 7.94 | 7.94 |
| The Bank of New York Mellon | 2600-000 | NA | 66.94 | 66.94 | 66.94 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 2,539.00 | 2,539.00 | 2,539.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 50.55 | 50.55 | 50.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,983.79 | $ 4,983.79 | $ 4,983.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Po Box 71083 Charlotte, NC 28272 | | 1,285.00 | NA | NA | 0.00 |
| | Cecylia Wieczorkiewicz Kolejowa 159/8 34-400 Nowy Targ Poland | | 5,500.00 | NA | NA | 0.00 |
| | Chase Card Services/Sony Po Box 15298 Wilmington, DE 19850 | | 10,237.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 17,218.00 | NA | NA | 0.00 |
| | Citi/Citgo Po Box 6801 Sioux Falls, SD 57117 | | 162.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi/Shell Po Box 6406 Sioux Falls, SD 57117 | | 85.00 | NA | NA | 0.00 |
| | CitiBank Po Box 6500 Sioux Falls, SD 57117 | | 13,998.00 | NA | NA | 0.00 |
| | Dariusz Wieczorkienicz 520 N Millers Rd Des Plaines, IL 60016 | | 5,200.00 | NA | NA | 0.00 |
| | Discover Card Po Box 15316 Wilmington, DE 19850 | | 9,664.00 | NA | NA | 0.00 |
| | First National Bank Omaha Po Box 2490 Omaha, NE 68103 | | 6,618.00 | NA | NA | 0.00 |
| | GECRB/Lowes Po Box 103065 Roswell, GA 30076 | | 4,223.00 | NA | NA | 0.00 |
| | GECRBSAMD Po Box 981084 El Paso, TX 79998 | | 3,107.00 | NA | NA | 0.00 |
| | GECRBSAMS Po Box 981084 El Paso, TX 79998 | | 112.00 | NA | NA | 0.00 |
| | GEMB/Walmart Po Box 960061 Orlando, FL 32896 | | 5,271.00 | NA | NA | 0.00 |
| | Home Depot/CBSD Ccs Gray Ops Center Po Box 6497 Sioux Falls, SD 57117 | | 11,204.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Po Box 5243 Carol Stream, IL 60197 | | 5,100.00 | NA | NA | 0.00 |
| | HSBC/Best Buy Po Box 5253 Carol Stream, IL 60197 | | 1,138.00 | NA | NA | 0.00 |
| | HSBC/Best Buy Pob 5226 Carol Stream, IL 60197 | | 1,167.00 | NA | NA | 0.00 |
| | Krzystof Wieczorkiewicz Stojalowskiego 35/35 30-611 Krakow Poland | | 3,800.00 | NA | NA | 0.00 |
| | National Credit Adjust 327 N 4th Ave Hutchinson, KS 67501 | | 6,803.00 | NA | NA | 0.00 |
| | PNC Bank Po Box 856177 Louisville, KY 40289 | | 3,836.00 | NA | NA | 0.00 |
| | PNC Bank Po Box 856177 Louisville, KY 40289 | | 4,572.00 | NA | NA | 0.00 |
| | Sears Credit Card Services Po Box 6202 Sioux Falls, SD 57117 | | 5,577.00 | NA | NA | 0.00 |
| | Second Round, LP Po Box 41955 Austin, TX 78704 | | 14,080.00 | NA | NA | 0.00 |
| | US Bank Po Box 6352 Fargo, ND 58125 | | 13,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB/Mara Po Box 659584 San Antonio, TX 78265 | | 138.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 10,236.83 | 10,236.83 | 792.48 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE FIRST | 7100-000 | NA | 6,817.29 | 6,817.29 | 527.76 |
| 6 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | 7100-000 | NA | 5,924.61 | 5,924.61 | 458.65 |
| 2 | DISCOVER BANK | 7100-000 | NA | 9,664.52 | 9,664.52 | 748.17 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 24,271.24 | 24,271.24 | 1,878.95 |
| 8 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | NA | 4,223.49 | 4,223.49 | 326.96 |
| 9 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | NA | 3,448.43 | 3,448.43 | 266.96 |
| 1 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | NA | 13,998.02 | 13,998.02 | 1,083.65 |
| 10 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | NA | 164.82 | 164.82 | 12.75 |
| 5 | QUANTUM3 GROUP LLC AS AGENT | 7100-000 | NA | 14,079.74 | 14,079.74 | 1,089.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 153,495.00 | $ 92,828.99 | $ 92,828.99 | $ 7,186.31 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-29683 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | | | | Date Filed (f) or Converted (c): | 07/26/2012 (f) |
| | MALGORZATA WANDA WIECZORKIEWICZ | | | | 341(a) Meeting Date: | 09/21/2012 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 01/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 3BR 1.5BA Single Family Home 943 | 82,600.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 123.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 299.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,670.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 10.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 1,923.10 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 8,906.00 | 6,162.94 | | 6,162.94 | FA |
| 11. Vehicles | 17,750.00 | 6,007.16 | | 6,007.16 | FA |
| 12. Office Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 13. Machinery and Supplies | 1,705.00 | 0.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 90.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $116,076.10     $12,170.10     $12,170.10     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

Exhibit 8

RE PROP #   10   --   2005 Dodge Sprinter
RE PROP #   11   --   2005 BMW X5

Initial Projected Date of Final Report (TFR): 12/31/2015   Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ MALGORZATA WANDA WIECZORKIEWICZ | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0557 |
| | Checking |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9283 | Transfer of Funds | 9999-000 | $9,259.35 | | $9,259.35 |
| 11/18/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $2,073.04 | $7,186.31 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($1,967.01) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($106.03) | 2200-000 | | | |
| 11/18/15 | 400002 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | (1-1) CITIBANK, NA | 7100-000 | | $1,083.65 | $6,102.66 |
| 11/18/15 | 400003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | PAYMENT ON ACCOUNT | 7100-000 | | $748.17 | $5,354.49 |
| 11/18/15 | 400004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Final distribution to claim 3 representing a payment of 7.74 % per court order. | 7100-000 | | $792.48 | $4,562.01 |
| 11/18/15 | 400005 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Final distribution to claim 4 representing a payment of 7.74 % per court order. | 7100-000 | | $1,878.95 | $2,683.06 |
| 11/18/15 | 400006 | QUANTUM3 GROUP LLC AS AGENT<br>SECOND ROUND LP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | (5-1) UNSECURED DEBT | 7100-000 | | $1,089.98 | $1,593.08 |
| 11/18/15 | 400007 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB<br>PO BOX 2036<br>WARREN, MI 48090 | Final distribution to claim 6 representing a payment of 7.74 % per court order. | 7100-000 | | $458.65 | $1,134.43 |
| | | | Page Subtotals: | | $9,259.35 | $8,124.92 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-29683 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: | Union Bank |
| | MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: | XXXXXX0557 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/15 | 400008 | ASSET ACCEPTANCE LLC ASSIGNEE FIRST<br>PO BOX 2036<br>WARREN, MI 48090 | Final distribution to claim 7 representing a payment of 7.74 % per court order. | 7100-000 | | $527.76 | $606.67 |
| 11/18/15 | 400009 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | (8-1) LOWES CONSUMER OR GEMB | 7100-000 | | $326.96 | $279.71 |
| 11/18/15 | 400010 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | (9-1) SAM'S CLUB DISCOVER OR GEMB | 7100-000 | | $266.96 | $12.75 |
| 11/18/15 | 400011 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | (10-1) SAM'S CLUB OR GEMB | 7100-000 | | $12.75 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,259.35 | $9,259.35 |
| Less: Bank Transfers/CD's | $9,259.35 | $0.00 |
| Subtotal | $0.00 | $9,259.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,259.35 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

Page Subtotals:   $0.00   $1,134.43

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: Congressional Bank |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9371 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/12 | 11 | DARIUS & MARY WIECZORKIEWICZ 520 West Millers RoadDes Plaines, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $4,056.66 | | $4,056.66 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $4,056.66 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,056.66 | $4,056.66 |
| Less: Bank Transfers/CD's | $0.00 | $4,056.66 |
| Subtotal | $4,056.66 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,056.66 | $0.00 |

Page Subtotals: $4,056.66   $4,056.66

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: The Bank of New York Mellon |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9283 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $4,056.66 | | $4,056.66 |
| 02/19/13 | 11 | HENRYK W WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 60018 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $4,394.72 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $2.06 | $4,392.66 |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $2.93 | $4,389.73 |
| 03/13/13 | 11 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 600616 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $4,727.79 |
| 03/13/13 | | Reverses Adjustment OUT on 03/12/13 | ADJUSTMENT OUT ENTERED BANK CHARGE IN INCORRECT CASE | 2600-000 | | ($2.93) | $4,730.72 |
| 03/13/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $7.94 | $4,722.78 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,712.78 |
| 04/10/13 | 11 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL  60016 | OTHER RECEIPTS | 1129-000 | $338.06 | | $5,050.84 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,040.84 |
| 05/09/13 | 11 | HENRYK WIECZOKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,378.90 |
| 06/06/13 | 11 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,716.96 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,706.96 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,696.96 |
| | | | Page Subtotals: | | $5,746.96 | $50.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-29683  
Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ  
MALGORZATA WANDA WIECZORKIEWICZ  
Taxpayer ID No: XX-XXX6102  
For Period Ending: 03/03/2016  

Trustee Name: BARRY A. CHATZ  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX9283  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/13 | | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICZ9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $338.06 | | $6,035.02 |
| | | | Gross Receipts $338.06 | | | | |
| | 10 | | Vehicles $77.86 | 1129-000 | | | |
| | 11 | | Vehicles $260.20 | 1129-000 | | | |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,025.02 |
| 08/12/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,363.08 |
| 09/09/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,701.14 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,691.14 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,681.14 |
| 10/11/13 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,019.20 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.21 | $7,008.99 |
| 11/18/13 | 10 | HENRYK WIECZORKIEWICZ | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,347.05 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.26 | $7,336.79 |
| 12/10/13 | 10 | HENRYK WIECZORKIEWICZ MALGORZATA WIECZORKIEWICA9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,674.85 |
| 12/20/13 | 300001 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 12/18/13 COURT ORDER | | | $2,589.55 | $5,085.30 |
| | | | Page Subtotals: | | $2,028.36 | $2,640.02 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: The Bank of New York Mellon |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9283 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE $0.00 | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE $0.00 | 3220-000 | | | |
| | | GREGORY K. STERN, P.C. | ($2,539.00) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ($50.55) | 3220-000 | | | |
| 01/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,423.36 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.23 | $5,412.13 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $4.46 | $5,407.67 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,397.67 |
| 02/10/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $5,735.73 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,725.73 |
| 03/19/14 | 10 | HENRYK WIECZORKIEWICZ 9430 Potter RoadDes Plaines, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,063.79 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,053.79 |
| 04/16/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,391.85 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,381.85 |
| 05/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $6,719.91 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,709.91 |

| | | | Page Subtotals: | | $1,690.30 | $65.69 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: The Bank of New York Mellon |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9283 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,047.97 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,037.97 |
| 07/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,376.03 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.80 | $7,365.23 |
| 08/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $7,703.29 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.27 | $7,692.02 |
| 09/10/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,030.08 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $11.38 | $8,018.70 |
| 10/08/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 600616 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,356.76 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $12.28 | $8,344.48 |
| 11/11/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $8,682.54 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $12.30 | $8,670.24 |
| 12/09/14 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROAD DES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $9,008.30 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $13.21 | $8,995.09 |

Page Subtotals: $2,366.42   $81.24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-29683 | Trustee Name: BARRY A. CHATZ |
| Case Name: HENRYK WLADYSLAW WIECZORKIEWICZ | Bank Name: The Bank of New York Mellon |
| MALGORZATA WANDA WIECZORKIEWICZ | Account Number/CD#: XXXXXX9283 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/15 | 10 | HENRYK WIECZORKIEWICZ 9430 POTTER ROADDES PLAINES, IL 60016 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $338.06 | | $9,333.15 |
| 02/04/15 | 300003 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $6.86 | $9,326.29 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.45 | $9,312.84 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.51 | $9,300.33 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.83 | $9,286.50 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,273.14 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.79 | $9,259.35 |
| 08/21/15 | | Transfer to Acct # xxxxxx0557 | Transfer of Funds | 9999-000 | | $9,259.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,170.10 | $12,170.10 |
| Less: Bank Transfers/CD's | $4,056.66 | $9,259.35 |
| Subtotal | $8,113.44 | $2,910.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,113.44 | $2,910.75 |

Page Subtotals:  $338.06   $9,333.15

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0557 - Checking | $0.00 | $9,259.35 | $0.00 |
| XXXXXX9283 - Checking Account | $8,113.44 | $2,910.75 | $0.00 |
| XXXXXX9371 - Checking Account | $4,056.66 | $0.00 | $0.00 |
| | $12,170.10 | $12,170.10 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,170.10 |
| Total Gross Receipts: | $12,170.10 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*    Page Subtotals:    $0.00    $0.00